

PO Box 160758
Austin TX 78716-0758

**Paragon Way, Inc.**
2101 W. Ben White Blvd. #103, Austin, TX 78704
Hours of Operation (CST): Mon.-Th. 7:00 a.m. - 9:00 p.m.,
Fri. 7:00 a.m. - 6:00 p.m., Sat. 8:00 a.m. - 12:00 p.m.
Toll-Free **(888) 570-5007**, Local (512) 347-1496

**Personal and Confidential**

DATE: February 26, 2007
ORIGINAL CREDITOR: MONOGRAM CREDIT
CARD BANK OF
ORIGINAL ACCOUNT #: CG8896356812880
BALANCE: $652.62
PRINCIPAL: $652.62
INTEREST: $0.00
FEES: $0.00

IMAN HATAMI    3837005
PO BOX 32171
SAN JOSE CA 95152-2171



EXHIBIT 1

REFERENCE #: 3837005

## Put Your Tax Refund To Work *For You!*

Dear Iman Hatami,

We know times can be tough, and finding any extra money in your budget sometimes seems impossible. That's why this tax season is the perfect time to reach a satisfactory settlement on this account, with a possible savings for you! Here's how it works:

Just call toll-free 888 570-5007 and one of our account representatives will assist you. Tell us how much of a refund you are expecting from your tax return, and we will work hard to reach a satisfactory lump sum settlement on the above account.

If you're not expecting a refund or can't afford a one-time settlement, just call the same toll-free number and an account representative will discuss with you the other options available to satisfy this account. We look forward to hearing from you, so call us today!

This offer is made for the purpose of settlement only and is not an admission that any amount less than the full balance is due. If you honor the terms of your negotiated settlement, Paragon Way, Inc. agrees to settle this account for the settlement amount negotiated as outlined above. Paragon Way, Inc. also agrees to send you a release of claim and update all three national credit bureaus where applicable.

This is a communication from a debt collector. This is an attempt to collect a consumer debt. Any information obtained will be used for that purpose.

Sincerely,
Mike Melrose

↓ PLEASE DETACH THIS PORTION AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ↓

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area.

DATE: February 26, 2007
ORIGINAL CREDITOR: MONOGRAM CREDIT
CARD BANK OF
ORIGINAL ACCOUNT #: CG8896356812880
BALANCE: $652.62

REFERENCE #: 3837005

IMAN HATAMI    3837005
PO BOX 32171
SAN JOSE CA 95152-2171

**Please include Reference # on your payment.**

Paragon Way Inc.
PO Box 42829
Austin TX  78704-0048

| Please indicate address/telephone changes below: |
|---|
| New Address: |
| _____ |
| _____ |
| Home phone: (     ) _____ |
| Work phone: (     ) _____ |

CTI-88

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

## IMPORTANT INFORMATION FROM Paragon Way, Inc.

We recognize our obligation to keep information about you secure and confidential. It's important for you to know that, unlike some other companies, we do not sell or share Customer Information with marketers outside Paragon Way, Inc. and its affiliated companies*. So, there is no need for you to tell us not to do so. You need to know that we carefully manage information to give you better service and more convenience.

This policy covers Customer Information, which means personally identifiable information about a customer or a customer's current or former account owned by Paragon Way, Inc. This policy is provided to you as required by the Federal Financial Privacy Law (15 U.S.C. 6801-6810.)

Paragon Way, Inc. and its affiliate companies do not sell or otherwise share any Customer Information with outside marketers or others. **You don't need to take any action to prevent disclosure.** Keeping your financial information secure is one of our most important responsibilities. We value your trust and handle information about you with care. We limit access to Customer Information to those associates who need to know that information to service your account. Our associates are bound by a code of ethics requiring confidential treatment of Customer Information and are subject to disciplinary action if they fail to follow this code.

We maintain physical, electronic and procedural safeguards to protect Customer Information. We continually assess new technology for protecting information and upgrade our systems when appropriate.

We share information among the affiliates of Paragon Way, Inc. in order to bring you greater convenience and more choices. We strictly limit who receives Customer Information and what type of information is shared. We may also disclose Customer Information to credit bureaus and similar organizations, and otherwise when permitted by law.

Keeping your account information accurate and up to date is very important. If you ever find that your account information is incomplete, inaccurate or not current please let us know and we will promptly update or correct any erroneous information.

Write to:   Paragon Way, Inc.                                Phone: (512) 347-1496
            2101 West Ben White Blvd. Ste. 103
            Austin, TX 78704

Paragon Way, Inc. will provide notice of our privacy policy annually, as long as you maintain an ongoing relationship with us. This policy may change from time to time, but you can always review our current privacy policy on the Paragon Way, Inc. web site at www.paragonwayinc.com, or by calling the number above.

*The affiliated companies of Paragon Way, Inc. are: Collins Financial Services USA, Inc. and Collins Financial Services, Inc.

Paying by check authorizes Paragon Way, Inc, to send the information from your check electronically to your bank for payment and constitutes acceptance of these terms and conditions contained within this paragraph. Your account will be debited in the amount of your check and the transaction will appear on your bank statement. Your original check if processed electronically may be debited the same day we receive the check. Any re-submissions due to insufficient funds may also occur electronically. Your original check will be destroyed once processed, and you will not receive your cancelled check back from your bank. If we cannot post the transaction electronically, you authorize us to present an image copy of your check for payment. If someone other than you or a bill paying service sends a check to us on your behalf, you must give them a copy of this notice to them before the payment is sent to us. Please note that all checking transactions will remain secure. If you have further questions regarding this process or you do not wish to participate in Paragon Way, Inc.'s check conversion program, please call (866) 638-1876.

GLB-06-06

---

### Automated Phone and Internet Payment Options

For your convenience, you can make a credit card or electronic check payment by automated phone system or on the Internet!

Pay by phone at **(866) 294-0331** or online at **www.paymybill.com**. Enter 0715599 as your UserID. Enter your Reference # from the reverse side of this coupon as your Password.

*Credit card transactions will show up as "ITS-PayMyBill" on your credit card statement.*
*Electronic check transactions will show up as "Paragon Way, Inc." on your bank statement.*

