## REFUSE TO PAY LETTER

PARAGON WAY, INC
<small>Collection Agency's Name</small>

2101 W. BEN WHITE BLVD. #103
<small>Collection Agency's Address</small>

AUSTIN, TX 78704

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

4-25-2007
<small>Today's Date</small>

7005 3110 0000 4788 4176
<small>Tracking Number</small>

Re: Account No. CG 8896356812880

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

Iman Hatami
<small>Sign your name here</small>

IMAN HATAMI
<small>Print your name here</small>

P.O. BOX 32171
<small>Print your address here</small>

SAN JOSE, CA 95152-2171

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

AUSTIN TX 78704  OFFICIAL USE

| | |
|---|---|
| Postage | $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.88 |

Postmark Here 04/25/2007

Sent To: PARAGON WAY, INC #103
Street, Apt. No.; or PO Box No. 2101 W. BEN WHITE BLVD
City, State, ZIP+4 AUSTIN, TX 78704

PS Form 3800, June 2002    See Reverse for Instructions



EXHIBIT 2

PO Box 160758
Austin TX 78716-0758

**Paragon Way, Inc.**
2101 W. Ben White Blvd. #103, Austin, TX 78704
Hours of Operation (CST): Mon.-Th. 7:00 a.m. - 9:00 p.m.,
Fri. 7:00 a.m. - 6:00 p.m., Sat. 8:00 a.m. - 12:00 p.m.
Toll-Free **(888) 570-5007**, Local (512) 347-1496

DATE: February 26, 2007
ORIGINAL CREDITOR: MONOGRAM CREDIT CARD BANK OF
ORIGINAL ACCOUNT #: CG8896356812880
BALANCE: $652.62
PRINCIPAL: $652.62
INTEREST: $0.00
FEES: $0.00

**Personal and Confidential**

IMAN HATAMI    3837005
PO BOX 32171
SAN JOSE CA 95152-2171

REFERENCE #: 3837005

## Put Your Tax Refund To Work *For You!*

Dear Iman Hatami,

We know times can be tough, and finding any extra money in your budget sometimes seems impossible. That's why this tax season is the perfect time to reach a satisfactory settlement on this account, with a possible savings for you! Here's how it works:

Just call toll-free 888 570-5007 and one of our account representatives will assist you. Tell us how much of a refund you are expecting from your tax return, and we will work hard to reach a satisfactory lump sum settlement on the above account.

If you're not expecting a refund or can't afford a one-time settlement, just call the same toll-free number and an account representative will discuss with you the other options available to satisfy this account. We look forward to hearing from you, so call us today!

This offer is made for the purpose of settlement only and is not an admission that any amount less than the full balance is due. If you honor the terms of your negotiated settlement, Paragon Way, Inc. agrees to settle this account for the settlement amount negotiated as outlined above. Paragon Way, Inc. also agrees to send you a release of claim and update all three national credit bureaus where applicable.

This is a communication from a debt collector. This is an attempt to collect a consumer debt. Any information obtained will be used for that purpose.

Sincerely,
Mike Melrose

↓ PLEASE DETACH THIS PORTION AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ↓

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area.

DATE: February 26, 2007
ORIGINAL CREDITOR: MONOGRAM CREDIT CARD BANK OF
ORIGINAL ACCOUNT #: CG8896356812880
BALANCE: $652.62

REFERENCE #: 3837005

Please include Reference # on your payment.

IMAN HATAMI    3837005
PO BOX 32171
SAN JOSE CA 95152-2171

Paragon Way Inc.
PO Box 42829
Austin TX 78704-0048

| Please indicate address/telephone changes below: |
| --- |
| New Address: _____ |
| _____ |
| Home phone: (    ) _____ |
| Work phone: (    ) _____ |

CTI-88

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION