

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 3110 0000 4788 4176**
Detailed Results:
- **Delivered, April 28, 2007, 10:55 am, AUSTIN, TX 78704**
- **Acceptance, April 25, 2007, 2:10 pm, SAN JOSE, CA 95121**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

 POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Clements_    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  G. Clements     C. Date of Delivery 4-28-07 |
| 1. Article Addressed to:<br><br>PARAGON WAY, INC<br>2101 W. BEN WHITE BLVD. #103<br>AUSTIN, TX 78704 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 3110 0000 4788 4176 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540
78704+7517 C034

EXHIBIT 3