PO Box 160758
Austin TX 78716-0758

**Paragon Way, Inc.**
2101 W. Ben White Blvd. #103, Austin, TX 78704
Hours of Operation (CST): Mon.-Th. 7:00 a.m. - 9:00 p.m.,
Fri. 7:00 a.m. - 6:00 p.m., Sat. 8:00 a.m. - 12:00 p.m.
**Toll-Free (888) 570-5007**, Local (512) 347-1496

**Personal and Confidential**

**DATE:** May 11, 2007
**ORIGINAL CREDITOR:** MONOGRAM CREDIT CARD BANK OF
**ORIGINAL ACCOUNT #:** CG8896356812880
**BALANCE:** $652.62
**PRINCIPAL:** $652.62

IMAN HATAMI     3837005
PO BOX 32171
SAN JOSE CA 95152-2171

**REFERENCE #: 3837005**

## $$$ Let's Make a Deal! $$$

Dear Iman Hatami,

We know you want to put this debt behind you. We want to help you do it, so we are sending you this open invitation to settle your account at less than the full balance owed!

Why should you respond? Here's what's in it for you:
1. You will save money compared to your full balance due of $652.62.
2. Once this account is settled, all collection activity will cease.
3. We will send you a Release of Claim letter stating that you no longer owe this debt.

We will work with you to set up a payment arrangement that pays off your account as quickly as possible and fits within your budget. How much money can you save? You won't know until you call us.

Call us today at (888) 570-5007 and take advantage of this great offer!

This is a communication from a debt collector. This is an attempt to collect a consumer debt. Any information obtained will be used for that purpose.

Sincerely,
Mike Melrose


EXHIBIT 4

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area.

CTI-30

Case 5:07-cv-04475-RMW    Document 1-5    Filed 08/29/2007    Page 2 of 2



PO Box 160758
Austin TX 78716-0758

IMAN HATAMI        3837005
PO BOX 32171
SAN JOSE CA 95152-2171

PRESORTED
FIRST CLASS

