TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Paragon Way, Inc., Walter A. Collins,
and Gary E. Wood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMAN HATAMI,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PARAGON WAY, INC., a Texas Corporation, WALTER A. COLLINS, individually and in his official capacity, and GARY E. WOOD, individually and in his official capacity,<br><br>                    Defendants.<br>_____ | CASE NO.: C07 04475 RMW RS<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1    Pursuant to Local Rule 3-13, Defendants PARAGON WAY, INC. ("Paragon"),

2    WALTER A. COLLINS ("Collins") and GARY E. WOOD ("Wood"), (collectively,

3    "Defendants") hereby submit this administrative motion to determine whether a case

4    filed in this district entitled *Iman Hatami v. Paragon Way, Walter A. Collins and Gary*

5    *E. Wood*, case number C07-04481 PVT is related to this action.

6    On August 29, 2007, plaintiff Iman Hatami filed a separate action entitled *Iman*

7    *Hatami v. Paragon Way, Walter A. Collins and Gary E. Wood*, case number C07-04481

8    PVT.  The case number C07-04481 PVT involves the same parties as this action, and

9    all of the same causes of action, and all of the same theories of recovery based upon

10   Defendants' alleged conduct.  The only difference between the two complaints is that

11   the underlying debt in the present action was originally owed to Monogram Credit Card

12   Bank, while the underlying debt in case number C07-04481 PVT was originally owed

13   to Discover Card.  Defendants have denied all material allegations in both complaints

14   and have asserted the same affirmative defenses.  Defendants thus believe that there

15   will be an unduly burdensome duplication of labor and expense by the Court and the

16   parties as contemplated by Local Rule 3-12(a)(2) if these cases are conducted before

17   different Judges, and there would also exist potential for conflicting results in these two

18   substantially similar cases.

19   For the Court's convenience, a copy of the Complaint in case number C07-04481

20   PVT is attached hereto as **Exhibit A**.

21

22   DATED: September 28, 2007          SIMMONDS & NARITA LLP
                                         TOMIO B. NARITA
23                                       JEFFREY A. TOPOR

24

25
                                   By:    s/Tomio B. Narita
26                                       Tomio B. Narita
                                         Attorneys for Defendants
27                                       Paragon Way, Inc., Walter A. Collins
                                         and Gary E. Wood
28

## **CERTIFICATE OF SERVICE**

I, Tomio B. Narita, hereby certify that I am counsel of record for Defendants in both case number C07-04481 PVT and the present action and that on September 28, 2007, I caused the foregoing document to be served upon the counsel for Plaintiff in both case number C07-04481 PVT and the present action as listed below via the Court's Electronic Filing System:

Fred W. Schwinn
fred.schwinn@sjonsumerlaw.com
Counsel for Plaintiff

s/Tomio B. Narita
Tomio B. Narita

Exhibit A

1 Fred W. Schwinn (SBN 225575)
  CONSUMER LAW CENTER, INC.
2 12 South First Street, Suite 1014
  San Jose, California 95113-2403
3 Telephone Number: (408) 294-6100
  Facsimile Number: (408) 294-6190
4 Email Address: fred.schwinn@sjconsumerlaw.com

5 Attorney for Plaintiff
  IMAN HATAMI
6

ADR

Filed

AUG 2 9 2007 tsh

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

S1
Fee Paid

7

8          **IN THE UNITED STATES DISTRICT COURT**
9       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
              **SAN JOSE DIVISION**

10  IMAN HATAMI,                          Case No.  C07  04481

11                      Plaintiff,

12  v.                                    **COMPLAINT**

13  PARAGON WAY, INC., a Texas            **DEMAND FOR JURY TRIAL**
    corporation, WALTER A. COLLINS,
14  individually and in his official      15 Unites States Code § 1692 *et seq.*
    capacity, and                         California Civil Code § 1788 *et seq.*
15  GARY E. WOOD, individually and in his
    official capacity,
16
                        Defendants.

17

18         Plaintiff, IMAN HATAMI, based on information and belief and investigation of

19  counsel, except for those allegations which pertain to the named Plaintiff or his attorneys (which are

20  alleged on personal knowledge), hereby makes the following allegations:

21                      **I.  INTRODUCTION**

22         1.      This is an action for statutory damages, attorney fees and costs brought by an

23  individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C.

24  § 1692, *et seq.* (hereinafter "FDCPA") and the Rosenthal Fair Debt Collection Practices Act,

25  California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibits debt collectors from

26  engaging in abusive, deceptive and unfair practices.

27                      **II.  JURISDICTION**

28         2.      Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. §

                              -1-

1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

3.      This action arises out of Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

### III.  VENUE

4.      Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.  Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the Defendants transact business in this judicial district and the violations of the FDCPA complained of occurred in this judicial district.

### IV.  INTRADISTRICT ASSIGNMENT

5.      This lawsuit should be assigned to the San Jose Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara County.

### V.  PARTIES

6.      Plaintiff, IMAN HATAMI (hereinafter "Plaintiff"), is a natural person residing in Santa Clara County, California.  Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h).

7.      Defendant, PARAGON WAY, INC. (hereinafter "PARAGON"), is a Texas corporation engaged in the business of collecting debts in this state with its principal place of business located at:  2101 W. Ben White Boulevard, Suite 103, Austin, Travis County, Texas 78704-7517.  PARAGON may be served as follows:  Paragon Way, Inc., c/o Walt A. Collins, Registered Agent, 3532 Bee Cave Road, Suite 210, West Lake Hills, Travis County, Texas 78746-5473. The principal business of PARAGON is the collection of debts using the mails and telephone, and PARAGON regularly attempts to collect debts alleged to be due another. PARAGON is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

8.      Defendant, WALTER A. COLLINS (hereinafter "COLLINS"), is a natural person and is or was an employee, agent, officer and/or director of PARAGON at all relevant times.

1   COLLINS may be served at his current business address at: Walter A. Collins, Paragon Way, Inc.,

2   2101 W. Ben White Boulevard, Suite 103, Austin, Travis County, Texas 78704-7517 and at his

3   residence address at: Walter A. Collins, 2300 Barton Creek Boulevard, #32, Austin, Travis County,

4   Texas 78735-1686. COLLINS is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6)

5   and Cal. Civil Code § 1788.2(c). Plaintiff is informed and believes, and thereon alleges that

6   COLLINS is liable for the acts of PARAGON because he sets and approves PARAGON collection

7   policies, practices, procedures and he directed the unlawful activities described herein.

8          9.      Defendant, GARY E. WOOD (hereinafter "WOOD"), is a natural person and

9   is or was an employee, agent, officer and/or director of PARAGON at all relevant times. WOOD

10  may be served at his current business address at: Gary E. Wood, Paragon Way, Inc., 2101 W. Ben

11  White Boulevard, Suite 103, Austin, Travis County, Texas 78704-7517 and at his residence address

12  at: Gary E. Wood, 130 Clubhouse Drive, Lakeway, Travis County, Texas 78734-4607. WOOD

13  is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

14  Plaintiff is informed and believes, and thereon alleges that WOOD is liable for the acts of

15  PARAGON because he sets and approves PARAGON collection policies, practices, procedures and

16  he directed the unlawful activities described herein.

17         10.     At all times herein mentioned, each of the Defendants was an officer, director,

18  agent, servant, employee and/or joint venturer of his co-defendants, and each of them, and at all said

19  times, each Defendant was acting in the full course and scope of said office, directorship, agency,

20  service, employment and/or joint venture. Any reference hereafter to "Defendants" without further

21  qualification is meant by Plaintiff to refer to each Defendant, and all of them, named above.

## VI. FACTUAL ALLEGATIONS

23         11.     On a date or dates unknown to Plaintiff, Plaintiff is alleged to have incurred

24  a financial obligation that was primarily for personal, family or household purposes, namely a

25  consumer credit card issued by Discover Bank and bearing the account number XXXX-XXXX-

26  XXXX-9186 (hereinafter "the alleged debt"). The financial obligation alleged to be owed to

27  Discover Bank by Plaintiff is a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a

28  "consumer debt" as that term is defined by Cal. Civil Code § 1788.2(f).

-3-
COMPLAINT

12.    Plaintiff is informed and believes, and thereon alleges that sometime thereafter on a date unknown to Plaintiff, the alleged debt was sold, assigned or otherwise transferred to Palisades Acquisition V, LLC.

13.    Sometime thereafter, on a date unknown to Plaintiff, the alleged debt was consigned, placed or otherwise transferred to Defendants for collection from Plaintiff.

14.    Thereafter, Defendants sent a collection letter (Exhibit "1") to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

15.    A true and accurate copy of the collection letter from Defendants to Plaintiff is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

16.    The collection letter (Exhibit "1") is dated March 30, 2007.

17.    The collection letter (Exhibit "1") was sent in an envelope on which a postage meter stamp dated April 3, 2007, was imprinted.

18.    Plaintiff is informed and believes, and thereon alleges that Defendants deposited the envelope containing the collection letter (Exhibit "1") in the United States Mail on or about April 3, 2007.

19.    Plaintiff received the envelope containing the collection letter (Exhibit "1") from Defendants on or after April 5, 2007.

20.    On or about April 25, 2007, Plaintiff mailed a letter to Defendants which stated: "please be advised that I dispute this debt and refuse to pay."

21.    A true and accurate copy of Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt is attached hereto, marked Exhibit "2," and by this reference is incorporated herein.

22.    Defendants received Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt (Exhibit "2") on or about April 28, 2007.

23.    A true and accurate copy of the USPS Tracking Report and Certified Mail Return Receipt evidencing Defendants' receipt of Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt (Exhibit "2") is attached hereto, marked Exhibit "3," and by this reference is incorporated herein.

24.     After receiving Plaintiff's letter notifying Defendants of his refusal to pay the alleged debt (Exhibit "2"), Defendants continued to communicate with  Plaintiff in an attempt to collect the alleged debt.

25.     Thereafter, Defendants sent a collection letter (Exhibit "4") to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

26.     A true and accurate copy of the collection letter from Defendants to Plaintiff is attached hereto, marked Exhibit "4," and by this reference is incorporated herein.

27.     The collection letter (Exhibit "4") is dated June 25, 2007.

28.     The collection letter (Exhibit "4") was sent in an envelope on which a postage meter stamp dated June 29, 2007, was imprinted.

29.     Plaintiff is informed and believes, and thereon alleges that Defendants deposited the envelope containing the collection letter (Exhibit "4") in the United States Mail on or about June 29, 2007.

30.     Plaintiff received the envelope containing the second collection letter (Exhibit "4") from Defendants on or after July 2, 2007.

**VII.  CLAIMS**

**FAIR DEBT COLLECTION PRACTICES ACT**

31.     Plaintiff brings the first claim for relief against Defendants under the Federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

32.     Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 30 above.

33.     Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

34.     Defendant, PARAGON, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

35.     Defendant, COLLINS, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

36.     Defendant, WOOD, is a "debt collector" as that term is defined by the

-5-

COMPLAINT

1    FDCPA, 15 U.S.C. § 1692a(6).

2    　　　　37.　　The financial obligation allegedly originally owed to Discover Bank by

3    Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

4    　　　　38.　　Defendants have violated the FDCPA in the following respects:

5    　　　　　　a.　　Defendants continued to communicate with Plaintiff in an attempt to

6    　　　　　　　　collect the alleged debt after receiving a written notification that

7    　　　　　　　　Plaintiff refused to pay the debt being collected, in violation of 15

8    　　　　　　　　U.S.C. § 1692c(c).

9    　　　　39.　　Defendants' acts as described above were done intentionally with the purpose

10    of coercing Plaintiff to pay the alleged debt.

11    　　　　40.　　As a result of Defendants' violations of the FDCPA, Plaintiff is entitled to an

12    award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C.§ 1692k.

13    　　　　　**ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

14    　　　　41.　　Plaintiff brings the second claim for relief against Defendants under the

15    Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

16    　　　　42.　　Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through

17    40 above.

18    　　　　43.　　Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code

19    § 1788.2(h).

20    　　　　44.　　Defendant, PARAGON, is a "debt collector" as that term is defined by the

21    RFDCPA, Cal. Civil Code § 1788.2(c).

22    　　　　45.　　Defendant, COLLINS, is a "debt collector" as that term is defined by the

23    RFDCPA, Cal. Civil Code § 1788.2(c).

24    　　　　46.　　Defendant, WOOD, is a "debt collector" as that term is defined by the

25    RFDCPA, Cal. Civil Code § 1788.2(c).

26    　　　　47.　　The financial obligation alleged to be originally owed to Discover Bank by

27    Plaintiff is a "consumer debt" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

28    　　　　48.　　Defendants have violated the RFDCPA in the following respects:

1          a.     Defendants continued to communicate with Plaintiff in an attempt to

2               collect the alleged debt after receiving a written notification that

3               Plaintiff refused to pay the debt being collected, in violation of 15

4               U.S.C. § 1692c(c), as incorporated by Cal. Civil Code § 1788.17.

5       49.     Defendants' acts as described above were done willfully and knowingly with

6 the purpose of coercing Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code §

7 1788.30(b).

8       50.     As a result of Defendants' willful and knowing violations of the RFDCPA,

9 Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred dollars

10 ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code § 1788.30(b).

11       51.     As a result of Defendants' violations of the RFDCPA, Plaintiff is entitled to

12 an award of statutory damages pursuant to 15 U.S.C.§ 1692k(a)(2)(A), as incorporated by Cal. Civil

13 Code § 1788.17.

14       52.     As a result of Defendants' violations of the RFDCPA, Plaintiff is entitled to

15 an award of his reasonable attorney's fees and costs pursuant to Cal. Civil Code § 1788.30(c) and

16 15 U.S.C.§ 1692k(a)(3), as incorporated by Cal. Civil Code § 1788.17.

17       53.     Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the

18 RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies

19 that the Plaintiff may have under any other provision of law.

20                     **VIII. REQUEST FOR RELIEF**

21     Plaintiff requests that this Court:

22     a.     Assume jurisdiction in this proceeding;

23     b.     Declare that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C.

24         § 1692c(c);

25     c.     Declare that Defendants violated the Rosenthal Fair Debt Collection Practices Act,

26         Cal. Civil Code § 1788.17;

27     d.     Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to

28         15 U.S.C. § 1692k(a)(2)(A);

e.    Award Plaintiff a statutory penalty in an amount not less than $100 nor greater than $1,000 pursuant to Cal. Civil Code § 1788.30(b);

f.    Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code § 1788.17;

g.    Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civil Code §§ 1788.17 and 1788.30(c); and

h.    Award Plaintiff such other and further relief as may be just and proper.


CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
IMAN HATAMI


## CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.


## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, IMAN HATAMI, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.


-8-
COMPLAINT

PO Box 160758
Austin TX 78716-0758

**Paragon Way, Inc.**
2101 W. Ben White Blvd. #103, Austin, TX 78704
Hours of Operation (CST): Mon.-Th. 7:00 a.m. - 9:00 p.m.,
Fri. 7:00 a.m. - 6:00 p.m., Sat. 8:00 a.m. - 12:00 p.m.
**Toll-Free (888) 570-5007**, Local (512) 347-1496

**DATE:** March 30, 2007
**ORIGINAL CREDITOR:** Discover Bank

**Personal and Confidential**

**ORIGINAL ACCOUNT #:** 6011000110659186
**BALANCE:** $11,849.30
**PRINCIPAL:** $11,849.30
**INTEREST:** $0.00
**FEES:** $0.00
**CURRENT CREDITOR:** Palisades Acquisition V, LLC
**REFERENCE #:** 1260378

HATAMI IMAN     1260378
PO BOX 32171
SAN JOSE CA 95152-2171



EXHIBIT
1

## Put Your Tax Refund To Work *For You!*

Dear Hatami Iman,

We know times can be tough, and finding any extra money in your budget sometimes seems impossible. That's why this tax season is the perfect time to reach a satisfactory settlement on this account, with a possible savings for you! Here's how it works:

Just call toll-free 888 570-5007 and one of our account representatives will assist you. Tell us how much of a refund you are expecting from your tax return, and we will work hard to reach a satisfactory lump sum settlement on the above account.

If you're not expecting a refund or can't afford a one-time settlement, just call the same toll-free number and an account representative will discuss with you the other options available to satisfy this account. We look forward to hearing from you, so call us today!

This offer is made for the purpose of settlement only and is not an admission that any amount less than the full balance is due. If you honor the terms of your negotiated settlement, Paragon Way, Inc. agrees to settle this account for the settlement amount negotiated as outlined above. Paragon Way, Inc. also agrees to send you a release of claim and update all three national credit bureaus where applicable.

This is a communication from a debt collector. This is an attempt to collect a consumer debt. Any information obtained will be used for that purpose.

Sincerely,
**Mike Melrose**

↓ PLEASE DETACH THIS PORTION AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ↓

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area.

**DATE:** March 30, 2007
**ORIGINAL CREDITOR:** Discover Bank

**ORIGINAL ACCOUNT #:** 6011000110659186
**BALANCE:** $11,849.30
**CURRENT CREDITOR:** Palisades Acquisition V, LLC
**REFERENCE #:** 1260378

**Please include Reference # on your payment.**

HATAMI IMAN     1260378
PO BOX 32171
SAN JOSE CA 95152-2171

Paragon Way Inc.
PO Box 42829
Austin TX  78704-0048

| Please indicate address/telephone changes below: |
| --- |
| New Address: |
| |
| |
| Home phone: (    ) _____ |
| Work phone: (    ) _____ |

CTI-88

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

## IMPORTANT INFORMATION FROM Paragon Way, Inc.

We recognize our obligation to keep information about you secure and confidential. It's important for you to know that, unlike some other companies, we do not sell or share Customer Information with marketers outside Paragon Way, Inc. and its affiliated companies*. So, there is no need for you to tell us not to do so. You need to know that we carefully manage information to give you better service and more convenience.

This policy covers Customer Information, which means personally identifiable information about a customer or a customer's current or former account owned by Paragon Way, Inc. This policy is provided to you as required by the Federal Financial Privacy Law (15 U.S.C. 6801-6810.)

Paragon Way, Inc. and its affiliate companies do not sell or otherwise share any Customer Information with outside marketers or others. **You don't need to take any action to prevent disclosure.** Keeping your financial information secure is one of our most important responsibilities. We value your trust and handle information about you with care. We limit access to Customer Information to those associates who need to know that information to service your account. Our associates are bound by a code of ethics requiring confidential treatment of Customer Information and are subject to disciplinary action if they fail to follow this code.

We maintain physical, electronic and procedural safeguards to protect Customer Information. We continually assess new technology for protecting information and upgrade our systems when appropriate.

We share information among the affiliates of Paragon Way, Inc. in order to bring you greater convenience and more choices. We strictly limit who receives Customer Information and what type of information is shared. We may also disclose Customer Information to credit bureaus and similar organizations, and otherwise when permitted by law.

Keeping your account information accurate and up to date is very important. If you ever find that your account information is incomplete, inaccurate or not current please let us know and we will promptly update or correct any erroneous information.

Write to:      Paragon Way, Inc.                       Phone: (512) 347-1496
               2101 West Ben White Blvd. Ste. 103
               Austin, TX 78704

Paragon Way, Inc. will provide notice of our privacy policy annually, as long as you maintain an ongoing relationship with us. This policy may change from time to time, but you can always review our current privacy policy on the Paragon Way, Inc. web site at www.paragonwayinc.com, or by calling the number above.

*The affiliated companies of Paragon Way, Inc. are: Collins Financial Services USA, Inc. and Collins Financial Services, Inc.

Paying by check authorizes Paragon Way, Inc, to send the information from your check electronically to your bank for payment and constitutes acceptance of these terms and conditions contained within this paragraph. Your account will be debited in the amount of your check and the transaction will appear on your bank statement. Your original check if processed electronically may be debited the same day we receive the check. Any re-submissions due to insufficient funds may also occur electronically. Your original check will be destroyed once processed, and you will not receive your cancelled check back from your bank. If we cannot post the transaction electronically, you authorize us to present an image copy of your check for payment. If someone other than you or a bill paying service sends a check to us on your behalf, you must give them a copy of this notice to them before the payment is sent to us. Please note that all checking transactions will remain secure. If you have further questions regarding this process or you do not wish to participate in Paragon Way, Inc.'s check conversion program, please call (866) 638-1876.

GLB-06-06

## Automated Phone and Internet Payment Options

For your convenience, you can make a credit card or electronic check payment by automated phone system or on the Internet!

Pay by phone at **(866) 294-0331** or online at **www.paymybill.com**. Enter 0715599 as your UserID. Enter your Reference # from the reverse side of this coupon as your Password.

*Credit card transactions will show up as "ITS-PayMyBill" on your credit card statement.*
*Electronic check transactions will show up as "Paragon Way, Inc." on your bank statement.*

   

# REFUSE TO PAY LETTER

PARAGON WAY, INC.
<u>Collection Agency's Name</u>

2101 W. BEN WHITE BLVD. #103
<u>Collection Agency's Address</u>

AUSTIN, TX 78704

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

4-25-2007
<u>Today's Date</u>

7005 3110 0000 4788 4190
<u>Tracking Number</u>

Re: Account No. 6011 0001 1 0659 186

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

Iman Hatami
<u>Sign your name here</u>

IMAN HATAMI
<u>Print your name here</u>

P.O. BOX 32171
<u>Print your address here</u>

SAN JOSE, CA 95152-2171

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.39 0010 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ $2.24 04/25/2007 |

Sent To PARAGON WAY, INC.
Street, Apt. No.; or PO Box No. 2101 W. BEN WHITE BLVD. #103
City, State, ZIP+4 AUSTIN, TX 78704

PS Form 3800, June 2002                    See Reverse for Instructions



EXHIBIT
2

||||||||||||||||||||||||||||

PO Box 160758
Austin TX 78716-0758

**Paragon Way, Inc.**
2101 W. Ben White Blvd. #103, Austin, TX 78704
Hours of Operation (CST): Mon.-Th. 7:00 a.m. - 9:00 p.m.,
Fri. 7:00 a.m. - 6:00 p.m., Sat. 8:00 a.m. - 12:00 p.m.
**Toll-Free (888) 570-5007**, Local (512) 347-1496

DATE: June 25, 2007
ORIGINAL CREDITOR: Discover Bank

**Personal and Confidential**

ORIGINAL ACCOUNT #: 6011000110659186
BALANCE: $11,849.30
PRINCIPAL: $11,849.30

|||||||||||||||||||||||||||||||||||||||||||
HATAMI IMAN      1260378
PO BOX 32171
SAN JOSE CA 95152-2171

SETTLEMENT AMOUNT: $4,099.30
CURRENT CREDITOR: Palisades Acquisition V,
LLC
REFERENCE #: 1260378

# Save $7,750.00 Off Your Account!

Dear Hatami Iman,

We know that in today's world, money talks.  That's why we're offering you a discount of **$7,750.00** on the above-referenced account if you settle by July 27, 2007!

That's right - you will save **$7,750.00** off the full balance owed!  All you need to do is send us your payment of $4,099.30 along with the coupon below in the enclosed reply envelope.  Or you can call us toll-free at 888-570-5007 and an account representative will assist you in making a payment by phone.  Upon receipt of your payment of $4,099.30, your account will be settled.  We will close the account and all future collection activity regarding this account will cease.

If you cannot send in $4,099.30 by July 27, 2007, call us at 888-570-5007 and an account representative will work with you to come up with a satisfactory payment arrangement.

This offer is made for the purpose of settlement only and is not an admission that any amount less than the full balance is due.  If you honor the terms of this offer, Paragon Way, Inc. agrees to settle this account for the settlement amount negotiated as outlined above.  Paragon Way, Inc. also agrees to send you a release of claim and update all three national credit bureaus where applicable.

This company is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

Respectfully,

Mike Melrose

↓ **Please Detach this Portion and Return it in the Enclosed Reply Envelope Along With Your Payment** ↓

DATE: June 25, 2007
ORIGINAL CREDITOR: Discover Bank

ORIGINAL ACCOUNT #: 6011000110659186
BALANCE: $11,849.30
SETTLEMENT AMOUNT: $4,099.30
CURRENT CREDITOR: Palisades Acquisition V, LLC

REFERENCE #: 1260378

**EXHIBIT**

4

**Please include Reference # on your payment.**

HATAMI IMAN      1260378
PO BOX 32171
SAN JOSE CA 95152-2171

||||||||||||||||||||||||||||||||||||||
Paragon Way Inc.
PO Box 42829
Austin TX  78704-0048

| Please indicate address/telephone changes below: |
| New Address: |
| |
| |
| Home phone: (        ) |
| Work phone: (        ) |

CTI-96

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

## IMPORTANT INFORMATION FROM Paragon Way, Inc.

We recognize our obligation to keep information about you secure and confidential. It's important for you to know that, unlike some other companies, we do not sell or share Customer Information with marketers outside Paragon Way, Inc. and its affiliated companies*. So, there is no need for us to tell us not to do so. You need to know that we carefully manage information to give you better service and more convenience.

This policy covers Customer Information, which means personally identifiable information about a customer or a customer's current or former account owned by Paragon Way, Inc. This policy is provided to you as required by the Federal Financial Privacy Law (15 U.S.C. 6801-6810.)

Paragon Way, Inc. and its affiliate companies do not sell or otherwise share any Customer Information with outside marketers or others. **You don't need to take any action to prevent disclosure.** Keeping your financial information secure is one of our most important responsibilities. We value your trust and handle information about you with care. We limit access to Customer Information to those associates who need to know that information to service your account. Our associates are bound by a code of ethics requiring confidential treatment of Customer Information and are subject to disciplinary action if they fail to follow this code.

We maintain physical, electronic and procedural safeguards to protect Customer Information. We continually assess new technology for protecting information and upgrade our systems when appropriate.

We share information among the affiliates of Paragon Way, Inc. in order to bring you greater convenience and more choices. We strictly limit who receives Customer Information and what type of information is shared. We may also disclose Customer Information to credit bureaus and similar organizations, and otherwise when permitted by law.

Keeping your account information accurate and up to date is very important. If you ever find that your account information is incomplete, inaccurate or not current please let us know and we will promptly update or correct any erroneous information.

Write to:    Paragon Way, Inc.            Phone: (512) 347-1496
              2101 West Ben White Blvd. Ste. 103
              Austin, TX 78704

Paragon Way, Inc. will provide notice of our privacy policy annually, as long as you maintain an ongoing relationship with us. This policy may change from time to time, but you can always review our current privacy policy on the Paragon Way, Inc. web site at www.paragonwayinc.com, or by calling the number above.

*The affiliated companies of Paragon Way, Inc. are: Collins Financial Services USA, Inc. and Collins Financial Services, Inc.

Paying by check authorizes Paragon Way, Inc. to send the information from your check electronically to your bank for payment and constitutes acceptance of these terms and conditions contained within this paragraph. Your account will be debited in the amount of your check and the transaction will appear on your bank statement. Your original check if processed electronically may be debited the same day we receive the check. Any re-submissions due to insufficient funds may also occur electronically. Your original check will be destroyed once processed, and you will not receive your cancelled check back from your bank. If we cannot post the transaction electronically, you authorize us to present an image copy of your check for payment. If someone other than you or a bill paying service sends a check to us on your behalf, you must give them a copy of this notice to them before the payment is sent to us. Please note that all checking transactions will remain secure. If you have further questions regarding this process or you do not wish to participate in Paragon Way, Inc.'s check conversion program, please call (866) 638-1876.

GLB-06-06

## Automated Phone and Internet Payment Options

For your convenience, you can make a credit card or electronic check payment by automated phone system or on the Internet!

Pay by phone at **(866) 294-0331** or online at **www.paymybill.com**. Enter 0715599 as your UserID. Enter your Reference # from the reverse side of this coupon as your Password.

*Credit card transactions will show up as "ITS-PayMyBill" on your credit card statement.*
*Electronic check transactions will show up as "Paragon Way, Inc." on your bank statement.*

   

 **UNITED STATES POSTAL SERVICE.**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 3110 0000 4788 4190
Detailed Results:

- **Delivered, April 28, 2007, 10:53 am, AUSTIN, TX 78704**
- **Arrival at Unit, April 28, 2007, 7:50 am, AUSTIN, TX 78704**
- **Acceptance, April 25, 2007, 2:15 pm, SAN JOSE, CA 95121**

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _L. Clements_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>G. Clements  4-28-07 |
| 1. Article Addressed to:<br><br>PARAGON WAY, INC<br>2101 W. BEN WHITE<br>BLVD. #103<br>AUSTIN, TX 78704 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7005 3110 0000 4788 4190 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**EXHIBIT**

**3**



PO Box 160758
Austin TX 78716-0758

HATAMI IMAN          1260378
PO BOX 32171
SAN JOSE CA 95152-2171

EAODFZA1  95152

PRESORTED
FIRST CLASS

U.S. POSTAGE

H METR5A380J

PO Box 160758
Austin TX 78716-0758

HATAMI IMAN        1280378
PO BOX 32171
SAN JOSE CA 95152-2171



PRESORTED
FIRST CLASS

MAILED FROM ZIP CODE 0610

U.S. POSTAGE
00.526

H. METER 5122161

PO Box 160758
Austin TX 78716-0758

**Paragon Way, Inc.**
2101 W. Ben White Blvd. #103, Austin, TX 78704
Hours of Operation (CST): Mon.-Th. 7:00 a.m. - 9:00 p.m.,
Fri. 7:00 a.m. - 6:00 p.m., Sat. 8:00 a.m. - 12:00 p.m.
**Toll-Free (888) 570-5007**, Local (512) 347-1496

**DATE:** March 30, 2007
**ORIGINAL CREDITOR:** Discover Bank

**Personal and Confidential**

**ORIGINAL ACCOUNT #:** 6011000110659186
**BALANCE:** $11,849.30
**PRINCIPAL:** $11,849.30
**INTEREST:** $0.00
**FEES:** $0.00
**CURRENT CREDITOR:** Palisades Acquisition V, LLC
**REFERENCE #:** 1260378

HATAMI IMAN      1260378
PO BOX 32171
SAN JOSE CA 95152-2171

## Put Your Tax Refund To Work *For You!*

Dear Hatami Iman,

We know times can be tough, and finding any extra money in your budget sometimes seems impossible. That's why this tax season is the perfect time to reach a satisfactory settlement on this account, with a possible savings for you! Here's how it works:

Just call toll-free 888 570-5007 and one of our account representatives will assist you. Tell us how much of a refund you are expecting from your tax return, and we will work hard to reach a satisfactory lump sum settlement on the above account.

If you're not expecting a refund or can't afford a one-time settlement, just call the same toll-free number and an account representative will discuss with you the other options available to satisfy this account. We look forward to hearing from you, so call us today!

This offer is made for the purpose of settlement only and is not an admission that any amount less than the full balance is due. If you honor the terms of your negotiated settlement, Paragon Way, Inc. agrees to settle this account for the settlement amount negotiated as outlined above. Paragon Way, Inc. also agrees to send you a release of claim and update all three national credit bureaus where applicable.

This is a communication from a debt collector. This is an attempt to collect a consumer debt. Any information obtained will be used for that purpose.

Sincerely,
**Mike Melrose**

↓ PLEASE DETACH THIS PORTION AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ↓

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area.

**DATE:** March 30, 2007
**ORIGINAL CREDITOR:** Discover Bank

**ORIGINAL ACCOUNT #:** 6011000110659186
**BALANCE:** $11,849.30
**CURRENT CREDITOR:** Palisades Acquisition V, LLC
**REFERENCE #:** 1260378

HATAMI IMAN      1260378
PO BOX 32171
SAN JOSE CA 95152-2171

**• Please include Reference # on your payment.**

Paragon Way Inc.
PO Box 42829
Austin TX  78704-0048

| Please indicate address/telephone changes below: |
| New Address: |
| |
| |
| Home phone: (        ) |
| Work phone: (        ) |

CTI-88

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**