IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAN HATAMI,<br><br>                Plaintiff,<br><br>v.<br><br>PARAGON WAY, INC., a Texas corporation, WALTER A. COLLINS, individually and in his official capacity, and GARY E. WOOD, individually and in his official capacity,<br><br>                Defendants. | Case No. C07-04475-RMW-RS<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

      Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 28, 2007

                                          Iman Hatami, Plaintiff

Dated: September 28, 2007

                                          Fred W. Schwinn, Esq.
                                          Attorney for Plaintiff