1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   IMAN HATAMI

6

7

8                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          SAN JOSE DIVISION

10  IMAN HATAMI,                            Case No.  C07-04475-RMW-RS

11                       Plaintiff,

12  v.                                       **NOTICE OF UNAVAILABILITY OF
                                             COUNSEL**
13  PARAGON WAY, INC., a Texas
    corporation, WALTER A. COLLINS,
14  individually and in his official capacity, and
    GARY E. WOOD, individually and in his
15  official capacity,

16                       Defendants.

17      **NOTICE IS HEREBY GIVEN TO ALL PARTIES AND THEIR ATTORNEYS OF**

18  **RECORD** that Plaintiff's counsel, FRED W. SCHWINN, is unavailable on the following dates:

19          October 25, 2007, through November 11, 2007, inclusive.

20          March 30, 2008, through April 19, 2008, inclusive.

21      Counsel will be unavailable for any purpose whatsoever, including but not limited to,

22  receiving notices of any kind, responding to ex-parte applications, appearing in court or attending

23  depositions.

24                                          CONSUMER LAW CENTER, INC.

25

26  Dated: October 2, 2007              By: /s/ Fred W. Schwinn
                                            Fred W. Schwinn, Esq.
27                                          Attorney for Plaintiff
                                            IMAN HATAMI
28

---

NOTICE OF UNAVAILABILITY OF COUNSEL                    Case No.  C07-04475-RMW-RS