1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   IMAN HATAMI
6

7

8              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                      SAN JOSE DIVISION

10  IMAN HATAMI,                          Case No.  C07-04475-RMW-RS

11                        Plaintiff,      NOTICE OF NON-OPPOSITION TO
                                          DEFENDANTS' ADMINISTRATIVE
12  v.                                    MOTION TO CONSIDER WHETHER
                                          CASES SHOULD BE RELATED
13  PARAGON WAY, INC., a Texas
    corporation, WALTER A. COLLINS,
14  individually and in his official capacity, and
    GARY E. WOOD, individually and in his
15  official capacity,

16                        Defendants.

17

18         COMES NOW the Plaintiff, IMAN HATAMI, by and through his counsel, Fred W. Schwinn

19  of the Consumer Law Center, Inc., and notifies the Court that he does not oppose Defendants'

20  Administrative Motion to Consider Whether Cases Should Be Related (Doc. 4) filed herein on

21  September 28, 2007.

22

23                                        CONSUMER LAW CENTER, INC.

24

25  Dated: October 2, 2007               By: /s/ Fred W. Schwinn
                                              Fred W. Schwinn, Esq.
26                                            Attorney for Plaintiff
                                              IMAN HATAMI
27

28

NOTICE OF NON-OPPOSITION                                    Case No.  C07-04475-RMW-RS