**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***E-FILED***

**CIVIL MINUTES**

**DATE: December 14, 2007**

**Case No. C-07-04475-RMW**        **JUDGE: Ronald M. Whyte**

**IMAN HATAMI**        -v- **PARAGON WAY, INC., et al.**
**Title**

**No Appearance**        **No Appearance**
**Attorneys Present**        **Attorneys Present**

**COURT CLERK: Jackie Garcia**        **COURT REPORTER: Not Reported**

**PROCEEDINGS**

**CASE MANAGEMENT CONFERENCE**

**ORDER AFTER HEARING**

**Hearing Not Held. No appearance from either side. The Court to issue an order to show cause. If the case is settled the parties are required to file a dismissal with the court.**