1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   IMAN HATAMI

6

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10 | IMAN HATAMI, | Case No. C07-04475-RMW-RS |
11 | Plaintiff, | |
12 | v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
13 | PARAGON WAY, INC., a Texas corporation, WALTER A. COLLINS, individually and in his official capacity, and GARY E. WOOD, individually and in his official capacity, | Fed. R. Civ. P. 41(a)(1) |
16 | Defendants. | |

18      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, IMAN HATAMI, and Defendants, PARAGON

19 WAY, INC., WALTER A. COLLINS and GARY E. WOOD, stipulate, and the Court hereby orders,

20 as follows:

21      1.   The dispute between the parties has been settled, therefore, the claims asserted

22 by Plaintiff, IMAN HATAMI, against Defendants, PARAGON WAY, INC., WALTER A.

23 COLLINS and GARY E. WOOD, in the above-captioned proceeding are hereby dismissed, with

24 prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

25 / / /

26 / / /

27 / / /

28 / / /

-1-

-2-

| | | |
|---|---|---|
| 1 | Dated: January 14, 2008 | /s/ Fred W. Schwinn |
| 2 | | Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>IMAN HATAMI |
| 3 | | |
| 4 | Dated: January 14, 2008 | /s/ Tomio B. Narita |
| 5 | | Tomio B. Narita, Esq.<br>Attorney for Defendants<br>PARAGON WAY, INC., WALTER |
| 6 | | A. COLLINS and GARY E. WOOD |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: _____

_____
The Honorable Ronald M. Whyte
Judge of the District Court

STIPULATION OF DISMISSAL WITH PREJUDICE                         Case No. C07-04475-RMW-RS