1 | Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
2 | 12 South First Street, Suite 1014
San Jose, California  95113-2418
3 | Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
4 | Email Address: fred.schwinn@sjconsumerlaw.com

5 | Attorney for Plaintiff
IMAN HATAMI

*E-FILED - 5/30/08*

6

7

8 | **IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9 | **SAN JOSE DIVISION**

10 | IMAN HATAMI,                                    Case No.  C07-04475-RMW-RS

11 |                              Plaintiff,

12 | v.                                             **STIPULATION OF DISMISSAL**
                                                  **WITH PREJUDICE AND**
13 | PARAGON WAY, INC., a Texas                     **[] ORDER**
corporation, WALTER A. COLLINS,
14 | individually and in his official capacity, and  Fed. R. Civ. P. 41(a)(1)
GARY E. WOOD, individually and in his
15 | official capacity,

16 |                              Defendants.

17

18 |        Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, IMAN HATAMI, and Defendants, PARAGON

19 | WAY, INC., WALTER A. COLLINS and GARY E. WOOD, stipulate, and the Court hereby orders,

20 | as follows:

21 |              1.      The dispute between the parties has been settled, therefore, the claims asserted

22 | by Plaintiff, IMAN HATAMI, against Defendants, PARAGON WAY, INC., WALTER A.

23 | COLLINS and GARY E. WOOD, in the above-captioned proceeding are hereby dismissed, with

24 | prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

25 | / / /

26 | / / /

27 | / / /

28 | / / /

-1-

1    Dated:  January 14, 2008            /s/ Fred W. Schwinn
                                             Fred W. Schwinn, Esq.
2                                            Attorney for Plaintiff
                                             IMAN HATAMI
3

4    Dated:  January 14, 2008            /s/ Tomio B. Narita
                                             Tomio B. Narita, Esq.
5                                            Attorney for Defendants
                                             PARAGON WAY, INC., WALTER
6                                            A. COLLINS and GARY E. WOOD

7    THE FOREGOING STIPULATION
     IS APPROVED AND IS SO ORDERED.
8

9    Dated:  5/20/08            *Ronald M. Whyte*
                                             The Honorable Ronald M. Whyte
10                                           Judge of the District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No.  C07-04475-RMW-RS